IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                            :
        v.                 :
                            :
XIN GUANG GUO             :        NO. 25-467

<u>SECOND SCHEDULING ORDER</u>

AND NOW, this 21st day of January 2026, after a telephone conference with counsel, it is hereby ORDERED that:

(1)  The scheduling order dated November 5, 2025 (Doc. # 16) is VACATED.

(2)  Each party shall file and serve their proposed points for charge, proposed jury verdict sheets, and any motions in limine as follows:

      a.   Government - on or before March 10, 2026; and

      b.   Defendants - on or before March 17, 2026.

(3)  Each point for charge shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party.  Supplemental points for charge will be permitted during and at the conclusion of the trial.  Points for charge should be accompanied by appropriate citations of legal authority.

(4)  If a party uses any version of the Microsoft Word word processing system, it is urged to provide the court with a

drive containing the proposed points for charge and proposed verdict sheet.

(5)  No brief filed in support of or in opposition to any motion shall exceed 25 pages in length without prior leave of Court.

(6)  Every factual assertion set forth in any brief shall be supported by a citation to the record where that fact may be found.

(7)  Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The Court should be supplied with two (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

(8)  Trial in this matter shall commence with jury selection on Tuesday, March 24, 2026 at 10:00 a.m. in the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania in Courtroom 16A.  Counsel are directed to meet with the Court in the courtroom for a pretrial conference at 9:00 a.m.

BY THE COURT:


/s/  Harvey Bartle III
                                               J.

-2-